U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

| UNITED STATES OF AMERICA | : | FILED |
| --- | --- | --- |
| v. | : | NOV 1 6 2006 |
| GEORGE W. SMITHERMAN, JR. | : Case No. 06-284 (JDB) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| DEFENDANT. | : | |

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __16TH__ day of __NOVEMBER 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __TO BE DETERMINED__ by __FBI SA SEAN T. RYAN__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __THE FEDERAL BUREAU OF INVESTIGATION, WASHINGTON FIELD OFFICE__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SA SEAN T. RYAN__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge ~~(U.S. Magistrate)~~ JOHN D. BATES

COPY
~~DEFENSE~~ COUNSEL

DOJ USA-16-1-80