UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,        :

        Plaintiff,        :

v.        :        Criminal Action No. 06-284 (JDB)

George Smitherman, Jr.,        :

        Defendant.        :

## ORDER

Upon the oral motion of defendant _George Smitherman Jr._, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from _11/16/06_ through and including _1/10/07_, shall be excluded in computing the date for speedy trial in this case.

Dated: _Nov. 16, 2006_

_____
JOHN D. BATES
United States District Judge

AGREED:

_[signature]_
Defendant

_[signature] Kritur_
Defense Counsel

_Daniel P. Butler_
Attorney for United States