UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 06-284 (JDB) |
| | : | |
| **GEORGE W. SMITHERMAN, JR.** | : | |

### ORDER

Upon consideration of Defendant's Motion to Suppress Statements and Memorandum of Points and Authorities in Support thereof, and finding good cause shown, it is this __ day of _____, 2007, hereby

ORDERED that the motion is GRANTED.

_____
THE HONORABLE JOHN D. BATES
United States District Court Judge