UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 06-284 (JDB) |
| : | |
| **GEORGE W. SMITHERMAN, JR.** : | |

**UNOPPOSED MOTION FOR LEAVE TO LATE FILE**

Mr. George W. Smitherman, Jr., the defendant, through undersigned counsel, respectfully moves this Honorable Court for leave to late file by one day a motion to suppress statements. In support of this motion, counsel states:

1. At a status hearing on February 8, 2007, the Court ordered counsel to file pretrial motions by March 8, 2007.

2. Undersigned counsel prepared a motion to suppress statements to file on March 8th. However, due to a problem with her computer, counsel was unable to file the motion on the 8th.

3. On March 9, 2007, counsel spoke with Assistant United States Attorney Daniel Butler, who represented that the government has no opposition to this motion to late file.

WHEREFORE, for the foregoing reasons, Mr. Smitherman moves this Honorable Court for leave to late file by one day a motion to suppress statements.

```
                              Respectfully submitted,
                              A.J. KRAMER
                              FEDERAL PUBLIC DEFENDER

                                      /s/
                              _____
                              Mary Manning Petras
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W.
                              Washington, D.C.  20004
                              (202) 208-7500
```