```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**      :
                                  :
    **v.**                         :   Criminal No. 06-284 (JDB)
                                  :
**GEORGE W. SMITHERMAN, JR.**     :

## ORDER

    Upon consideration of Defendant's Unopposed Motion to Late File, and finding good cause shown, it is this __ day of _____, 2007, hereby

    ORDERED that the motion is GRANTED.

---------------------------------
THE HONORABLE JOHN D. BATES
United States District Court Judge