UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-284 (JDB) |
| | : | |
| v. | : | **FILED** |
| | : | |
| GEORGE W. SMITHERMAN, JR., | : | APR 0 4 2007 |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. | : | U.S. DISTRICT COURT |

### GOVERNMENT'S MOTION TO SEAL TWO EXHIBITS TO ITS OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS, AS WELL AS THIS MOTION AND THE RESULTING ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to file under seal in the above-referenced case two exhibits to is Opposition to defendant George W. Smitherman's Motion to Suppress Statement, as well as this Motion and the resulting Order. This sealing is sought because the information contained in the exhibits is protected by the secrecy obligations of Fed.R.Crim.P. 6(e). In support of this motion, the government states as follows:

1. The defendant in this case filed a motion to suppress statements taken at the time of his grand jury appearance in this matter.

2. The government's response in opposition to the defendant's motion has two exhibits, that is, an FD-302 and a grand jury transcript, which are covered by the secrecy protections of Fed.R.Crim.P. 6(e), and have not been previously publicly disclosed.

3. Accordingly, the government submits that under Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the two exhibits to the government's opposition, as well as this motion and the resulting Order.

WHEREFORE, the government respectfully requests that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

BY: /s/ Daniel P. Butler
JULIEANNE HIMELSTEIN
Bar No. 417136
DANIEL P. BUTLER
Bar No. 417718
ASSISTANT UNITED STATES ATTORNEYS
Bar No. 417136
555 4th Street, N.W., 5TH Floor
Washington, DC 20530
(202) 514-8203, (202) 353-9431
Julieanne.Himelstein@USDOJ.Gov
Daniel.Butler@USDOJ.Gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Government's Motion to Seal, the two exhibits sought to be sealed, and the proposed Order, have been served by U.S. Mail upon counsel for the defendant, Mary Manning Petras, Assistant Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, on this 4th day of April, 2007.

_____
JULIEANNE HIMELSTEIN
DANIEL P. BUTLER
ASSISTANT UNITED STATES ATTORNEYS