UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

GEORGE W. SMITHERMAN,

Defendant.

Criminal No. 06-284 (JDB)

### ORDER

Before the Court is the government's motion to seal two exhibits filed with its opposition to defendant's motion to suppress statements, and request to seal the motion and resulting order. The government has demonstrated a compelling governmental interest in sealing the exhibits -- a grand jury transcript and FBI Form FD-302 labeled "grand jury material," which are covered by the secrecy protections of Fed. R. Crim. P. 6(e). However, it has offered no explanation for sealing the motion or this order, and the Court can discern none. Neither the motion nor this Order discusses the information in the sealed exhibits, nor do they contain other confidential information. Accordingly, it is hereby

ORDERED that the motion is GRANTED IN PART and DENIED IN PART; it is further

ORDERED that the two exhibits to the government's opposition, that is, the FD-302 and grand jury transcript shall be filed under seal in the Criminal Clerk's Office until further Order of the Court; and it is further

ORDERED that the Clerk of the Court shall enter the motion to seal, but not the exhibits attached thereto, on the public docket.

SO ORDERED.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date: April 5, 2007

-2-

Copies to:

Mary Manning Petras
Office of the Federal Public Defender
625 Indiana Avenue, Northwest
Washington, D.C.  20004

Julieanne Himelstein
Daniel P. Butler
U.S. Attorney's Office
555 Fourth St., NW
Washington, DC 20004