UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-284 (JDB) |
| | : | |
| v. | : | |
| | : | |
| GEORGE W. SMITHERMAN, JR., | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO
CONTINUE STATUS/MOTIONS HEARING DATE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this unopposed motion to continue the status/motions hearing date in this case, currently set for Monday, May 14, 2007, at 10:30 a.m., to Friday, May 18, 2007, at 2 p.m.. In support of this motion, the United States represents as follows:

1. On February 8, 2007, the Court held a status hearing in this matter. At that time, the Court set a pre-trial schedule, including dates for filing motions and responses, as well as a date for a status/motions hearing of May 14, 2007, at 10:30 a.m.

2. Thereafter, defendant filed a motion to suppress statements that were taken from defendant by the government on a certain date and the government filed a motion in opposition to that motion.

3. In discussing the above-discussed defense motion with the FBI Special Agent whose testimony would be required at the May 14th hearing in opposition, the Special Agent realized she would not be available on May 14th or 15th and told government counsel that fact.

4. Government counsel called defense counsel, Mary Manning Petras, who said she and co-counsel A.J. Kramer would be available at certain times later that week and that they would not oppose a motion for a continuance of this matter.

5. On April 9, 2007, government called the courtroom clerk, Tim Bradley, who said that May 15th at 2:00 p.m. was available for this hearing, which is a time that Ms. Petras also had said would be available for defense counsel.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

BY: _____/ s /_____
JULIEANNE HIMELSTEIN
Bar No. 417136
DANIEL P. BUTLER
Bar No. 417718
ASSISTANT UNITED STATES ATTORNEYS
Bar No. 417136
555 4th Street, N.W., 5TH Floor
Washington, DC 20530
(202) 514-8203, (202) 353-9431
Julieanne.Himelstein@USDOJ.Gov
Daniel.Butler@USDOJ.Gov