UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-284 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **GEORGE W. SMITHERMAN, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter comes before the Court on the Government's Unopposed Motion to Continue the Status/Motions Hearing. Upon review of the motion and the entire record, the Court concludes that good cause exists to grant the motion.

THEREFORE, it is this _____ day of _____, 2007, hereby

**ORDERED** that the motion is **GRANTED** and the May 14, 2006, status/motions hearing date is hereby vacated; it is

**FURTHER ORDERED** that status/motions hearing in this case is now scheduled for the following date and time: _____.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF COLUMBIA