**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


UNITED STATES OF AMERICA          :

                                  :

      v.                         :          **Criminal No. 06-284 (JDB)**

                                  :

GEORGE W. SMITHERMAN, JR.          :


## UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Mr. George W. Smitherman, Jr., the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the trial in this matter from June 4, 2007, to October 22, 2007.  In support of this motion, counsel states:

1.  At a status hearing on February 8, 2007, the Court scheduled the trial in this matter for June 4, 2007.

2.  In an unrelated matter, undersigned counsel represents a defendant who currently is detained without bond.  No motions have, or are expected to be, filed in that matter and, pursuant to the Speedy Trial Act, the trial in that matter must begin no later than May 31, 2007.  At a status hearing on April 13, 2007, the earliest date that the court would set that matter for trial was May 31, 2007.  Because her client is held without bond, counsel accepted that date for trial, although with the trial beginning that date, the trial in that matter will not be completed by the date that this matter is set for trial.

3.  On April 13, 2007, counsel spoke with Assistant United States Attorney Daniel Butler, who represented that the government has no opposition to this motion to continue.

4.  After speaking with government counsel and the Court's courtroom clerk, counsel believes that the Court and parties are available for trial in this matter on October 22, 2007.

5.  Mr. Smitherman will waive his right to a speedy trial under the Speedy Trial Act, for the period from the currently scheduled trial date June 4, 2007, to October 22, 2007.

WHEREFORE, for the foregoing reasons, Mr. Smitherman moves this Honorable Court to continue the trial from June 4, 2007, to October 22, 2007.

                              Respectfully submitted,

                                   /s/
                              _____
                              Mary Manning Petras
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W.
                              Washington, D.C.  20004
                              (202) 208-7500