**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**UNITED STATES OF AMERICA**          :

                                     :

           **v.**                    **Criminal No. 06-284 (JDB)**

                                     :

**GEORGE W. SMITHERMAN, JR.**          :


                      **ORDER**

    Upon consideration of defendant's Unopposed Motion to

Continue Trial Date and finding good cause shown, it is this __

day of _____, 2007, hereby

    ORDERED that the motion is GRANTED; and it is further

    ORDERED that the trial in this matter is scheduled for

_____.


                              _____
                              JOHN D. BATES
                              UNITED STATES DISTRICT JUDGE