UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 06-284 (JDB) |
| | : | |
| **GEORGE W. SMITHERMAN, JR.** | : | |

## JOINT MOTION TO CONTINUE MOTIONS HEARING

    Mr. George W. Smitherman, Jr., the defendant, through undersigned counsel, and the government, through Assistant United States Attorney Daniel Bulter, respectfully move this Honorable Court to continue the motions hearing in this matter from May 18, 2007, to a date closer to the October 22, 2007, trial date. In support of this motion, undersigned counsel states:

    1. At defense counsel's request and without government objection, the Court moved the trial in this matter from June 4, 2007, to October 22, 2007.

    2. Government counsel and defense counsel have conferred and agree that the motions hearing would be more productive if held closer to the trial date.

    3. Mr. Smitherman has agreed to waive his right to a speedy trial for the period of time from the previously scheduled trial date until October 22, 2007. Continuing the motions hearing would further ensure that there are no Speedy Trial Act issues

because the time under the Act is tolled while Mr. Smitherman's Motion to Suppress Statements is pending.

    4.  The government, through Assistant United States Attorney Daniel Butler, joins this motion to continue the motions hearing to a date closer to the trial date.

    5.  After speaking with government counsel and the Court's courtroom clerk, counsel believes that the Court and parties are available for a motions hearing in this matter on October 4 or 5, 2007.

    WHEREFORE, for the foregoing reasons, the parties move this Honorable Court to continue the motions hearing from May 18, 2007, to a date closer to the October 22, 2007, trial date.

Respectfully submitted,

/s/
_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500