UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**  :

        **v.**  :  Criminal No. 06-284 (JDB)

**GEORGE W. SMITHERMAN, JR.**  :

### ORDER

Upon consideration of the Joint Motion to Continue Motions Hearing and finding good cause shown, it is this __ day of _____, 2007, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the motions hearing in this matter is scheduled for _____.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE