**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA ,** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| **v.** | ) **CR. NO. 06-284 (JDB)** |
| | ) |
| **GEORGE SMITHERMAN,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF APPEARANCE**

Undersigned counsel, hereby enters his appearance on behalf of the defendant in this case. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

"/s/"

A.J. KRAMER
Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

<06-cr-00284-JDB Document 19 Filed 05/18/2007 Page 2 of 2>