### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

                                  :

       **v.**                          Criminal No. 06-284 (JDB)

                                  :

GEORGE W. SMITHERMAN, JR.          :


### <u>ORDER</u>

    Upon consideration of Defendant's Motion to Compel Disclosure of Presentence Investigation Reports and Memorandum of Points and Authorities In Support Thereof, it is this __ day of October, 2007, hereby

    ORDERED that the motion is GRANTED.


_____
The Honorable John D. Bates