UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-284 (JDB) |
| | : | |
| v. | : | |
| | : | |
| GEORGE W. SMITHERMAN, JR., | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO LATE FILE SUPPLEMENTAL AUTHORITY TO ITS OPPOSITION TO THE DEFENDANT'S MOTION TO SUPPRESS STATEMENTS (DKT. NO. 13)**

The United States, by and through it attorney, the United States Attorney for the District of Columbia, respectfully herewith files this unopposed motion for leave to late file authority in support of its Opposition to Defendant's Motion to Suppress Statements (Dkt. No. 13). In support of this motion, counsel states as follows:

1. On April 4, 2007, the government filed an opposition to defendant's motion to suppress statements. An issue addressed in that opposition was the question of whether defendant was in "custody" for purposes of <u>Miranda</u> when he, after arriving for an appearance in the grand jury, was interviewed in the hallway before testifying in the grand jury.

2. As the government attorneys prepared for the hearing on defendant's motion to suppress, the government found another case, <u>United States v. Lopez</u>, 621 F. Supp. 1106, 1112-13 (N.D. Ill. 1985), that might be of some assistance to the Court in deciding the issues raised by the defendant's motion. In <u>Lopez</u>, the court found that the defendant was not in custody when he was interviewed in an office at the United States Attorney's Office, by two Assistant U.S. Attorneys and two DEA agents, where he was taken immediately after his appearance in the grand jury. In its analysis of the issue, the court looked at the surrounding circumstances, including that defendant during the meeting

was never told that he was in custody nor was he told that he was not free to leave. *Id.* at 1113.

3. Today, government counsel spoke with defense counsel, Mary Manning Petras, who did not object to a late-filing of this authority.

Wherefore, for the foregoing reasons, the government moves this Honorable Court for leave to late file this supplemental authority.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          UNITED STATES ATTORNEY
                                          D.C. Bar No. 498610

                                          / s /
                                          _____
                                          JULIEANNE HIMELSTEIN
                                          Bar No. 417136
                                          DANIEL P. BUTLER
                                          Bar No. 417718
                                          ASSISTANT UNITED STATES ATTORNEYS
                                          Bar No. 417136
                                          555 4th Street, N.W., 5TH Floor
                                          Washington, DC 20530
                                          (202) 514-8203, (202) 353-9431
                                          Julieanne.Himelstein@USDOJ.Gov
                                          Daniel.Butler@USDOJ.Gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-284 (JDB)** |
| | : | |
| v. | : | |
| | : | |
| **GEORGE W. SMITHERMAN, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Government's Unopposed Motion to Late File Supplemental Authority, and for good cause shown, it is this _____ day of October, 2007, hereby

ORDERED that the motion is GRANTED.

_____
John D. Bates
United States District Judge

**Copies to:** attorneys on record via ECF