UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-284 (JDB) |
| | : | |
| v. | : | |
| | : | |
| GEORGE W. SMITHERMAN, JR., | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S MOTION *IN LIMINE* REGARDING
CROSS-EXAMINATION OF WITNESS CHARLES WIGGINS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this motion *in limine* regarding the anticipated cross-examination of government witness Charles Wiggins.

On January 4, 2006, Mr. Wiggins pled guilty to paying bribes to public officials in Criminal No. 05-433 (JDB). He is awaiting sentencing. Pursuant to his plea agreement, Mr. Wiggins has provided the government with information about the defendant and a co-defendant, Lorelle Dance. He has done so in the hope of earning a downward departure motion under the United States Sentencing Guidelines. This information has been summarized in reports and testimony which will be provided to defense counsel as <u>Jencks</u> material. There are, however, matters as to which Mr. Wiggins provided information, but which does not involve the defendants in this matter.

To disclose the specific nature of these matters at this time, however, would potentially compromise the investigations, Fed.R.Crim.P. 6(e), and/or Mr. Wiggins' safety. Accordingly, although the government felt obligated to inform the defense that Mr. Wiggins has provided some information unrelated to this case for which he may receive some benefit from the government in terms of a downward departure motion, the government does not believe that the defense is entitled to know the nature of the information provided by Mr. Wiggins. The government will submit with

this motion to the Court under seal and *ex parte* a brief summary of the information Mr. Wiggins provided. The government believes that that summary will make it clear that the government is not required at this time to disclose the nature of the information Mr. Wiggins provided to the government.

    Respectfully Submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    D.C. Bar No. 498610

    / s / *Julieanne Himelstein/Daniel P. Butler*
    JULIEANNE HIMELSTEIN
    Bar No. 417136
    DANIEL P. BUTLER
    Bar No. 417718
    ASSISTANT UNITED STATES ATTORNEYS
    Bar No. 417136
    555 4th Street, N.W., 5TH Floor
    Washington, DC 20530
    (202) 514-8203, (202) 353-9431
    Julieanne.Himelstein@USDOJ.Gov
    Daniel.Butler@USDOJ.Gov