## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-284 (JDB) |
| | : | |
| GEORGE W. SMITHERMAN, JR. | : | |

### DEFENDANT'S PROPOSED VOIR DIRE

Mr. George W. Smitherman, Jr., the defendant, through undersigned counsel, respectfully requests that the Court ask the following voir dire questions.

### Knowledge of the Case or Participants

1.      The government alleges that in December of 2002 and January of 2003, Mr. Smitherman was a public official who received illegal gratuities and that he received illegal supplementation of his salary as the principal at Moten Elementary School in Southeast, Washington, D.C.  Based on this information, does any member of the jury panel believe that he or she knows anything about this case?

2.      The United States is represented by Assistant United States Attorneys Daniel P. Butler and Julieanne Himelstein.  Does any member of the panel know or know of Mr. Butler or Ms. Himelstein?

3.      Mr. Smitherman is represented by Federal Public Defender A.J. Kramer and Assistant Federal Public Defender Mary Petras.  Does any member of the panel know or know of Mr. Kramer or Ms. Petras?

4.      Mr. Smitherman is sixty years old, worked for the D.C. Public Schools for 32 years before retiring in December 2002, and now works as a resource teacher for the Prince Georges County Schools.  Do any of you, your relatives or friends, know, or know of, Mr. Smitherman?

5.      During the presentation of evidence by the United States, you may hear testimony from or about the following persons:  [List to be provided at trial].  Does any member of the panel know any of these prospective witnesses?

6.      Mr. Smitherman has no obligation to present any evidence or witnesses. However, if he and his counsel chose to call a witness or witnesses, you may hear testimony from or about the following persons: [List to be provided at trial].  Does any member of the panel know any of these prospective witnesses?

7.      My courtroom clerk is Mr. Tim Bradley.  Our court reporter is Mr. Bryan Wayne. Does any member of the panel know me or any member of my staff?

8.      Please take a moment to look around the room at your fellow panel members.  Do any of you know any other member of the jury panel?

## Knowledge of DCPS and Moten Elementary

9.      Have you or any of your close relatives or friends ever worked for the District of Columbia Public Schools?

10.     Have you or any of your close relatives or friends ever worked at or attended Moten Elementary School?

11.     Do you or any of your close relatives or friends have any children who currently attend Moten Elementary School?

2

12.     Do you or any of your close relatives or friends have any children who attended Moten Elementary School during the period between 2001 and 2003?

13.     Do you or any of your close relatives or friends have any children who attended Moten Elementary School, during the period of time when Mr. Smitherman was the principal, that is from August, 1991, to December, 2002.

14.     Do you or any of your close relatives or friends have any children who attended: Bunker Hill Elementary School; Hamilton Center; Houston Elementary School; Ludlow-Taylor Elementary School; or Rudolph Elementary School?

15.  Do you have children who have attended school in the District of Columbia in the last seven years?  If so, what school(s)?

16.     What are your feelings about the District of Columbia Public School system?

## Nature of the Charge

17.     Mr Smitherman is charged with receiving illegal gratuities and receiving illegal supplementation of salary.  These claims arise out of the government's allegation that Mr. Smitherman received $11,000 for or because his agreeing to approve work and payments to a companies known as Wiggins Telecommunications and Motts Sales and Services for goods and services allegedly provided to Moten Elementary School and for ensuring continued and lucrative business for these companies with the District of Columbia Public Schools.  Do you have such strong feelings about such allegations that the nature of the charges themselves would make it difficult for you to render a fair and impartial verdict if you are chosen as a juror?

3

## Legal Principles

18.     One of the fundamental principles of our legal system is that when a person is brought to court and charged with a crime, that person is presumed innocent unless and until the government presents evidence that convinces you of guilt beyond a reasonable doubt.  Do any of you have any hesitation in following that requirement of the law?

19.     Even though Mr. Smitherman has been charged in this case, he is presumed innocent unless the government proves guilt beyond a reasonable doubt.  Does the fact that he has been charged make it difficult for any of you to presume now that he is innocent?

20.     There has been an indictment in this case.  An indictment is merely a formal way of presenting charges.  It is a way to inform Mr. Smitherman, the Court and the members of the jury what he is charged with.  It has no other purpose.  Is there anyone here who would presume Mr. Smitherman is guilty merely because an indictment formally charged him with a crime?

21.     The government has the burden of proving Mr. Smitherman guilty.  This burden of proof never shifts to the defendant.  Do you have any hesitancy in following this requirement?

22.     It is neither Mr. Smitherman's nor his attorney's responsibility to prove Mr. Smitherman innocent?  Because Mr. Smitherman is presumed innocent, he need not testify, nor offer any evidence.  Would you view his and his attorneys' decision not to put on a defense as evidence of guilt?

## Police Officers

23.     Some of the government witnesses in this case are police officers or government agents.  Do any of you believe that police officers or government agents are more or less credible than other witnesses simply because they are police officers or government agents?

4

**Employment and Associations**

24.     Have you or any of your relatives or any close friends ever worked, in any capacity, for (or have an application pending to work for) any type of law enforcement agency, including:  the Metropolitan Police Department, the Federal Bureau of Investigation, the United States Secret Service, the Internal Revenue Service, the Drug Enforcement Administration, the United States Marshal Service, the United States Park Police, the Bureau of Immigration and Customs Enforcement, the Department of Justice and any other federal, state or local law enforcement agency?

25.     Are any of you now or have you been active members or participants in any crime prevention organizations, such as the "Orange Hats"?

26.     Have you, your relatives or close friends, ever worked as a teacher, principal, or administrator for any school or school system?

27.     Has any member of the jury panel, or any of your immediate family members or close friends studied law or had any legal training?

28.     Have you, your relatives, or close friends ever worked, in any capacity, for (or have an application pending to work for) a local, state, or federal prosecutor's office such as the D.C. Corporation Counsel, the United States Attorney's Office, or a state's attorney or commonwealth attorney?

29.     Have you or any of your relatives or any close friends ever worked, in any capacity, with or for (or have an application pending to work for) a defense attorney or an investigator working for a defense attorney?

30.    Have any of you formed special opinions concerning defense attorneys, prosecutors or accused persons that would affect you in deciding this case?

31.    Have you, your relatives, or close friends ever worked for the court system as a clerk, probation officer, parole officer or in any other capacity?

32.    Do you now, or have you previously, held a leadership position in any professional or volunteer group, including any charitable, religious, recreational or other organized group?

## Prior Jury Service

33.    Has any member of the jury panel ever served as a juror in a trial?

34.    Have you ever served as a jury foreperson?

35.    Has any member of the jury panel ever served as a grand juror?

36.    Have any of you heard or seen anything in your previous jury service that would make it difficult for you to sit in this case?

## Victim of, Witness to, or Charged with Crime

37.    Has any member of the jury panel, or any of your relatives or close friends, been a witness to, a victim of, arrested for, or charged with a crime?

## Civil Suits

38.    Excluding divorce, have you, or any member of your immediate family, ever been involved in a lawsuit or any legal action in any way?

**Individual Judgment**

39.     If chosen as a juror, you should stand by your own opinion based on the evidence that comes in at trial and give Mr. Smitherman the benefit of your individual judgement.  Is there anyone who believes that they may be unable to do that?

40.     Is there any member of the jury panel who has any moral, religious or philosophical convictions which would make it difficult for you to pass judgment on another person or to render a judgment in this case based solely upon the evidence presented during trial?

**Hardships**

41.     Are there any among you who has a hearing problem, uncorrected by a hearing device, or a problem with your eyesight, uncorrected by glasses, such that it would make it difficult for you to hear or see the evidence presented in this case?

42.     Do any of you have an illness, or other medical condition which would make it difficult for you to sit as a juror?

43.     Do any of you need to take any medication which might cause drowsiness or otherwise make it difficult for you to remain alert and attentive during these proceedings?

44.     The presentation of the evidence in this case is expected to take five days, after which the jury will begin deliberations.  Is there any member of the jury panel who has an urgent or extremely important matter to attend to such that he or she would be faced with a hardship if selected for the jury in this case?

45.     Do any of you know of any reason whatsoever, not covered by the Court's questions, why you could not or should not sit as a juror in this case or why you could not render a fair and impartial verdict based upon the evidence and the law as you shall hear it?

Respectfully submitted,

/s/
_____

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


/s/
_____

MARY MANNING PETRAS
ASSISTANT FEDERAL PUBLIC DEFENDER

625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500