UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-284 (JDB) |
| | : | |
| v. | : | |
| | : | |
| GEORGE W. SMITHERMAN, JR., | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on the Government's Motion *In Limine* to Exclude Impeachment by Evidence of Prior Conviction Pursuant to Federal Rules of Evidence 609(b). Upon review of the motion and the entire record, the Court concludes that good cause exists to grant the motion.

THEREFORE, it is this _____ day of _____, 2007, hereby

**ORDERED** that the motion is **GRANTED** and that evidence of the March 30, 1983, conviction in Prince George's County, Maryland, of government witness Charles Wiggins shall not be admissible under Fed. R. Evid. 609(b) at trial in the above-referenced matter for the purposes of attacking the character for truthfulness of Mr. Wiggins.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF COLUMBIA

cc:   Counsel of record by ECF