# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 06-284 (JDB)** |
| : | |
| **v.** : | |
| : | |
| **GEORGE W. SMITHERMAN, JR.,** : | |
| : | |
| **Defendant.** : | |

### ORDER FOR DISCLOSURE
### OF RETURNS AND RETURN INFORMATION

On this _____ day of _____, 2007, comes for the attention of the Court the application of the United States Attorney for the District of Columbia, for an order, pursuant to 26 U.S.C. § 6103(i)(l) & (4), directing the Internal Revenue Service to disclose returns and return information of:

      Name:     George W. Smitherman, Jr.
      Address:  xxxxxxxxxxxxxx
                     xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
      SSN:      xxx-xx-xxxx

for the taxable periods 2002 and 2003.

After examining the application the Court finds:

(1) There is reasonable cause to believe, based upon information believed to be reliable, that violations of federal criminal statutes, namely 18 U.S.C. 201(c)(1)(B), 209(a) and 216(a)(2), have been committed.

(2) There is reasonable cause to believe that the returns and return information are or may be relevant to a matter related to the commission of such acts.

(3) The returns and return information are sought exclusively for use in a federal criminal investigation or proceeding concerning such acts.

(4) The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from another source.

The Court further finds that applicant and Assistant United States Attorneys Daniel Butler and Julieanne Himelstein, Howard Sklamberg and Steven Durham, Acting Deputy Chief and Chief, respectively, of the Fraud and Public Corruption Section, Mary Patrice Brown, Chief, Criminal Division, James H. Dinan, Deputy Chief, Criminal Division, and Federal Bureau of Investigation Special Agent Julie Lenkart are personally and directly engaged in, and the information sought is solely for their use in, investigating the above-mentioned violations of 18 U.S.C. §§ 201(c)(1)(B), 209(a) and 216(a)(2) and preparing the matter for trial; and that the application is authorized by Jeffrey A. Taylor, United States Attorney.

It is therefore ORDERED that the Internal Revenue Service:

(1) Disclose such returns and return information of:

>    Name:      George W. Smitherman, Jr.
>    Address:   xxxxxxxxxxxxxx
>               xxxxxxxxxxxxxxxxxxxxxxxxxxxxx
>    SSN:       xxx-xx-xxxx

for the taxable periods 2002 and 2003, as have been filed and are on file with the Internal Revenue Service;

(2) Certify, where returns and return information described above have not been filed or are not on file with the Internal Revenue Service, that no such returns and return information have been filed or are on file;

(3) Disclose such returns and return information described above as come into the possession of the Internal Revenue Service subsequent to the date of this order, but for not longer than 90 days thereafter;

(4) Disclose such returns and return information and make such certification only to applicant and Assistant United States Attorneys Daniel Butler and Julieanne Himelstein, Howard Sklamberg and Steven Durham, Acting Deputy Chief and Chief, respectively of the Fraud and Public Corruption Section, Mary Patrice Brown, Chief, Criminal Division, James H. Dinan, Deputy Chief, Criminal Division, and Federal Bureau of Investigation Special Agent Julie Lenkart and to no other person; and

(5) Disclose no returns or return information not described above.

It is further ORDERED that applicant and Assistant United States Attorneys Daniel Butler and Julieanne Himelstein, Howard Sklamberg and Steven Durham, Acting Deputy Chief and Chief, respectively, of the Fraud and Public Corruption Section, Mary Patrice Brown, Chief, Criminal Division, James H. Dinan, Deputy Chief, Criminal Division, and Federal Bureau of Investigation Special Agent Julie Lenkart and any officer or employee of any federal agency who may be subsequently assigned in this matter shall use the returns and return information disclosed solely for investigating the above-mentioned violations of 18 U.S.C. §§ 201(c)(1)(B), 209(a) and 216(a)(2) and such other violations of any federal criminal statutes, although presently unknown, as are discovered in the course of this investigation of 18 U.S.C. §§ 201(c)(1)(B), 209(a) and 216(a)(2) and preparing the matter for trial (or other federal proceeding) and that no disclosure be made to any

other person except in accordance with the provisions of 26 U.S.C. § 6103 and 26 C.F.R. § 301.6103 (i)-l.

_____
                                        The Honorable John D. Bates
                                        United States District Judge

cc:    A.J. Kramer
       Mary Manning Petras
       Federal Public Defenders Office

       Julieanne Himelstein
       Daniel P. Butler
       United States Attorney's Office
       Fifth Floor

4