**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal No.  06-284 (JDB)** |
| **GEORGE W. SMITHERMAN, JR.,** | **FILED** |
| **Defendant.** | NOV 2 9 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the representations and agreements of counsel at the Status

Conference held with the Court on this date, and the entire record herein, it is hereby

**ORDERED** that by not later than the close of business on November 30, 2007, the

government shall provide to defense counsel, orally or in writing, all information the government

wishes to disclose regarding Charles Wiggins' cooperation, including but not limited to the

information proposed on page two of the government's supplemental addendum to its in limine

motion regarding cross-examination of witness Charles Wiggins; and it is further

**ORDERED** that by not later than noon on December 5, 2007, defense counsel shall file a

motion or notice explaining their position on the sufficiency of the information disclosed by the

government, including what (if any) additional specific information defendant contends must be

disclosed.

**SO ORDERED**.


_____/s/_____
JOHN D. BATES
United States District Judge

Date:    November 28, 2007

