**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) **CR. NO. 06-284 (JDB))** |
| | ) |
| **GEORGE SMITHERMAN, JR.,** | ) |
| | ) |
| **Defendant.** | ) |

<u>**SPEEDY TRIAL WAIVER**</u>

Defendant, George W. Smitherman, Jr., in light of all the circumstances of the case,

agrees that the time between December 12, 2007, and April 2, 2008, is properly excluded from

computing the time in which his trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) &

(h)(8)(B)(ii) & (h)(8)(B)(iv).

Respectfully Submitted,


"/s/"
A.J. KRAMER
FEDERAL PUBLIC DEFENDER
MARY L. PETRAS
ASSISTANT FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, N.W.
Suite550
Washington, D.C.   20004
(202) 208-7500