UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 3 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Criminal No. 06-284 (JDB) |
| **GEORGE W. SMITHERMAN, JR.,** | |
| Defendant. | |

## ORDER

Upon consideration of the joint request of the parties to continue the trial scheduled for December 12, 2007, at 9:00 a.m. and reschedule the trial for a date in April 2008, and [35] defendant's waiver of his right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161, it is hereby

**ORDERED** that the request is **GRANTED**; it is further

**ORDERED** that trial is scheduled to commence on April 2, 2008, at 9:30 a.m. in Courtroom 8; it is further

**ORDERED** that the time from December 12, 2007 to April 2, 2008 shall be excluded in computing the date for speedy trial in this case pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, the Court having found that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial; it is further

**ORDERED** that the deadline for filing of proposed voir dire and jury instructions is postponed pending further order of the Court; it is further

**ORDERED** that the defendant's motion or notice pertaining to the cross-examination of Charles Wiggins (see Order entered on November 29, 2007, [34]) shall be filed by not later than December 17, 2007; and it is further



-2-

**ORDERED** that a status conference shall be held on February 20, 2008, at 9:00 a.m. in Courtroom 8.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:   December 3, 2007