UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. | **Criminal No. 06-284 (JDB)** |
| : | |
| **GEORGE W. SMITHERMAN, JR.** : | |

## ORDER

The government's Application for Order to Disclose Returns and Return Information is hereby denied.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE