UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 06-284 (JDB) |
| GEORGE W. SMITHERMAN, JR., | |
| Defendant. | |

### ORDER

Upon consideration of [20] defendant's Motion to Compel Disclosure of Presentence Investigation Reports, the Court's in camera review of the Presentence Investigation Reports prepared in United States v. Charles Wiggins, 05-CR-433, and United States v. Lorelle Dance, 06-CR-46, and the entire record herein, it is hereby

**ORDERED** that the motion is **DENIED** and no further disclosures from the Presentence Investigation Reports are required under Brady v. Maryland, 373 U.S. 83 (1963).

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date:   December 31, 2007

