UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 06-284 (JDB) |
| : | |
| v. : | |
| : | |
| GEORGE SMITHERMAN, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
## SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice of its intent to introduce evidence pursuant to Fed. R. Evid. 902(11), entitled Self-authentication; Certified Domestic Records or Regularly Conducted Activity.

### A. Discussion

The Federal Rules of Evidence allow for business records to be admitted in evidence at trial without a custodian of records testifying about their authenticity.[1]  See Fed. R. Evid. 902(11).  This rule provides that:

> Extrinsic evidence of authenticity as a condition precedent to admissibility is not required with respect to the following:
> . . .
> **(11) Certified Domestic Records of Regularly Conducted Activity.–** The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under Rule 803(6) [Records of Regularly Conducted Activity] if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rules prescribed by the Supreme Court pursuant to its statutory authority, certifying that the record –
> **(A)** was made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;
> **(B)** was kept in the course of the regularly conducted activity; and
> **(C)** was made by the regularly conducted activity as a regular practice.

---

[1]  Alternatively, the defense may agree to stipulate that these records are admissible as business records.

A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

Pursuant to Rule 902(11), the government hereby gives written notice of its intention to introduce evidence consisting of business records from the following entities:[2]

Bank of America
Patent and Trademark Federal Credit Union

By seeking to admit evidence pursuant to Rule 902(11), the government anticipates that its witness list will be reduced.[3]

Finally, Fed. R. Evid. 104(a) provides that preliminary questions concerning the admissibility of evidence shall be determined by the court, and that in making such determinations courts are "not bound by the rules of evidence" (except those with respect to privileges). The government seeks to admit the documents themselves, but not the declarations.

---

[2] These materials have been made available to the defense in discovery.

[3] The government reserves the right to call representatives from some of these companies, if necessary.

### B. Conclusion

The government hereby respectfully submits notice of its intent to introduce business documents through Rule 902(11) declarations.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY
                DC Bar No. 498610

                /s/ *Julieanne Himelstein/ Renata Cooper*
                Julieanne Himelstein
                DC Bar No. 417136
                Renata Kendrick Cooper
                DC Bar No. 424248
                Federal Major Crimes Section
                Assistant United States Attorneys
                555 4th Street, NW
                (202) 514-8203; (202)307-0031
                Washington, D.C. 20530
                julieanne.himelstein@usdoj.gov
                renata.cooper@usdoj.gov