```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**     :
                                 :
        v.                       :     Criminal No. 06-284 (JDB)
                                 :
**GEORGE W. SMITHERMAN, JR.**    :

### DEFENDANT'S PROPOSED JURY INSTRUCTIONS

Mr. George W. Smitherman, Jr., the defendant, through undersigned counsel, respectfully submits the following proposed jury instructions. Unless otherwise noted, Mr. Smitherman requests that the Court give each instruction as set forth in the Criminal Jury Instructions for the District of Columbia (4th ed.) and in the order set forth below. Where Mr. Smitherman requests a modification of a standard instruction, the modifications are underlined.

### Preliminary Instructions

| | |
|---|---|
| 1.03 | Preliminary Instruction Before Trial |
| 1.05 | Cautionary Instruction Prior to First Recess |
| 1.16 | Cautionary Instruction on Publicity |
| 1.21 | Preliminary Instruction to Jury Where Identity of Alternates is not Disclosed |
| 1.22 | A Juror's Recognition of a Witness or Other Party Connected to the Case |

**Final Instructions**

2.01    Function of the Court

2.02    Function of the Jury

2.03    Jury's Recollection Controls

2.05    Statements of Counsel

2.06    Indictment not Evidence

2.07    Inadmissible and Stricken Evidence

2.08    Burden of Proof – Presumption of Innocence

2.27    Right of Defendant Not to Testify [IF APPLICABLE, MODIFIED]

        Every defendant in a criminal case has an absolute right not to testify <u>and not to present witnesses</u>. <u>Mr. Smitherman, through his counsel</u>, has chosen to exercise his right to remain silent <u>and his right not to present witnesses</u>. You must not hold <u>these decisions</u> against him, and it would be improper for you to speculate as to the reason or reasons for his <u>and his counsel's decisions</u>, and I, therefore, instruct you not to do so. Most importantly, you must not draw any inference of guilt from <u>their decisions</u> not to <u>have Mr. Smitherman</u> testify <u>and not to call witnesses, because he is presumed innocent and remains innocent unless and until the government proves guilt beyond a reasonable doubt</u>.

2.09    Reasonable Doubt

2.10    Direct and Circumstantial Evidence

2.48    Statements of the Defendant Substantive Evidence [IF APPLICABLE]

2.49    Defendant's Statements – Corroboration [IF APPLICABLE]

1.07    Question not Evidence

1.08    Expert Testimony [IF APPLICABLE]

2.11    Credibility of Witness

| | |
|---|---|
| 1.12 | Impeachment by Proof of Conviction of a Crime – Witness [IF APPLICABLE] |
| 1.12A | Impeachment by Proof of Pending Case – Witness |
| 2.22 | Alleged Participant's Testimony |
| 2.22A | Witness with a Plea Agreement |
| 2.23 | Testimony of Immunized Witness |
| 1.10 | Evaluation of Prior Inconsistent Statement of Witness [IF APPLICABLE] |
| 2.26 | Police Officer's Testimony [MODIFIED] |

> <u>The testimony of law enforcement officers, such as FBI agents</u>, should be evaluated by you just as any other evidence in the case.  In evaluating the officer's credibility you should use the same guidelines that you apply to the testimony of any witness.  In no event should you give either greater or lesser weight to the testimony of any witness merely because s/he is a <u>law enforcement</u> officer.

| | |
|---|---|
| 2.14 | Nature of Charges not to be Considered |
| 2.52 | Multiple Counts – One Defendant |
| * | Receipt of Gratuities by a Public Official |

> The essential elements of the offense of receipt of gratuities by a public official, each of which the government must prove beyond a reasonable doubt, are:
>
> 1. at the time of the offense, the defendant was a public official;
>
> 2. the defendant received a payment not authorized by law; and
>
> 3. the defendant did so for or because of an official act to be performed by him.

\*          Definition of Official Act

> An official act is any decision or action on any question, matter, cause, suit, proceeding or

>   controversy, which may at any time be pending, or which may by law be brought before any public official, in such official's official capacity. The payment must be received for or because of such an official act and not merely for or because of a violation of an official duty.

\*   Receipt of Supplementation of Salary

>   The essential elements of the offense of receipt of supplementation of salary, each of which the government must prove beyond a reasonable doubt are:
>
>   1.  the defendant received a salary or contribution or supplementation of his salary from a source other than the government of the United States or the District of Columbia;
>
>   2.  at the time the defendant received the salary or contribution or supplementation of his salary he was an employee of the District of Columbia;
>
>   3.  the salary or contribution or supplementation of his salary was received as compensation for his services as an employee of the District of Columbia; and
>
>   4.  the defendant committed these acts willfully; that he knew of the statute and that he acted with knowledge that his conduct was unlawful.

\*   Definition of Salary

>   Salary is the consideration paid, or stipulated to be paid, to a person at regular intervals for services; it is the compensation regularly paid, as by the year, quarter, month, or week. To constitute salary or a contribution or supplementation of salary, the payments must be periodic payments as compensation for the employee's services to the District of Columbia. Lump-sum payments do not constitute salary or a contribution or supplementation of salary.

5.06   Identification

5.01   Defense Theory Instruction [TO BE SUBMITTED AFTER GOVERNMENT'S CASE IN CHIEF]

2.72     Unanimity

2.71     Election of Foreperson

2.73     Exhibits During Deliberation

2.75     Communications Between Court and Jury During Jury's Deliberations

                              Respectfully submitted,

                                    /s/
                        _____
                        A.J. KRAMER
                        FEDERAL PUBLIC DEFENDER

                                    /s/
                        _____
                        MARY MANNING PETRAS
                        ASSISTANT FEDERAL PUBLIC DEFENDER
                        625 Indiana Avenue, N.W.
                        Suite 550
                        Washington, D.C.  20004
                        (202) 208-7500