UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 06-284 (JDB) |
| GEORGE W. SMITHERMAN | : | |

### ORDER

Upon consideration of Defendant's Motion for Disclosure of Tax Returns and finding good cause shown, it is this ___ day of _____, 2008, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the defense shall submit an appropriate order to the Court.

_____
THE HONORABLE JOHN D. BATES