UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-284 (JDB) |
| v. | : | |
| GEORGE W. SMITHERMAN, JR., | : | |
| Defendant. | : | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S REDACTED MOTION FOR DISCLOSURE OF TAX RETURNS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this opposition to defendant George W. Smitherman's motion for disclosure of tax returns, for tax years 2001, 2002 and 2003, filed on behalf of witness Charles Wiggins. For the reasons discussed more fully below, the United States contends that the defendant failed to provide sufficient reasons, at least in the redacted version that undersigned counsel received, to meet the relevancy standard of the applicable statute, and respectfully requests that the Court deny its application.

### A. Factual Background

1. On September 26, 2006, defendant, a former principal of Moten Elementary School ("Moten") was indicted by the grand jury for receiving three payments ($5,000, $4,000 and $2,000) in late-2002 and early 2003 from a person who provided services to Moten, Charles Wiggins. As a result of the receipt of these payments, defendant was charged with three counts of illegal gratuities and three counts of supplementation of salary.

2. In a letter dated June 2, 2008, defendant's lawyers requested that undersigned counsel provide them with "any tax documents related to Charles Wiggins.  In a response, dated June 4, 2008, undersigned counsel declined to provide such documents.

3. The United States now files this opposition to defendant's motion.

### B. Discussion

Defendant seeks tax information of Charles Wiggins, arguing that "the returns *could* show how Mr. Wiggins treated (or failed to treat) the money he illegally obtained...and the failure to report the money *would* constitute a separate crime for which Mr. Wiggins has not been prosecuted, providing a further reason for him to curry favor with the government" (emphasis added) Defendant's Motion at 3. Defendant then argues that the information would constitute Brady , Defendant's Motion at 4, and submitted an ex parte proffer. [1]

The proffer, as stated in the redacted version of defendant's motion, is speculative. It is clearly a fishing expedition and lacks the level of relevance to any issue in this case required to obtain these very private and protected records.

Moreover, the reasons proffered by the defendant do not constitute Brady material. The Brady rule dictates that the defendant show, beyond mere speculation that the tax information may contain Brady material. See United States v. Morris, 957 F.2d 1391, 1402-03 (7th Cir.1992) (a due process standard mater which is satisfied by mere speculation would convert Brady into a discovery device and impose an undue burden." (Internal quotation and citation omitted)), cert.denied, 506

---

[1] In this context, defendant should not be stating its reasons, ex parte, since a reasoned response is nearly impossible.

U.S. 941 (1992).  This Court is not required by Brady to permit defendant to engage in a "fishing expedition" through material in order that he might be able to find something exculpatory. United States v. Davis, 752 F.2d 963, 976 (5th Cir. 1985).  See also United States v. Hubbell, 530 U.S 27, 120 S.Ct. 2037, 147 L.Ed.2d 24 (2000) ("Noting that the Independent Counsel had admitted that he was not investigating tax-related issues when he issued the subpoena, and that he had 'learned about the unreported income and other crimes from studying the records' contents', the District Court characterized the subpoena as the 'the quintessential fishing expedition.' (Internal quotation and citation omitted.)

### C. Conclusion

For the foregoing reasons, the government respectfully requests that the Court deny defendant's motion for disclosure of tax returns.

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

/ s / *Julieanne Himelstein*

JULIEANNE HIMELSTEIN
Bar No. 417136
ASSISTANT UNITED STATES ATTORNEY
555 4th Street, N.W., 4TH Floor
Washington, DC 20530
(202) 514-8203
Julieanne.Himelstein@USDOJ.Gov
Renata.Cooper@USDOJ.Gov