UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 06-284 (JDB) |
| **GEORGE W. SMITHERMAN** | : | |

### ORDER

Upon consideration of Defendant's Motion for Disclosure of Tax Returns and finding good cause shown, it is this __ day of _____, 2008, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the government shall provide the requested returns, or certification that no such returns were filed, to the defense, including, if necessary, using the Order for Disclosure of Returns and Return Information signed by the Court this __ day of _____, 2008, to obtain the requested materials from the Internal Revenue Service.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE