UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

v.                           :     CRIMINAL NO. 06-284 (JDB)

GEORGE W. SMITHERMAN         :

**FILED**

JUN 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant's Motion for Disclosure of Tax Returns and finding good cause shown, it is this 19th day of June, 2008, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the government shall provide the requested returns, or certification that no such returns were filed, to the defense, including, if necessary, using the Order for Disclosure of Returns and Return Information signed by the Court this 19th day of June, 2008, to obtain the requested materials from the Internal Revenue Service.

_____
The Honorable John D. Bates
United States District Judge