UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

v.                              :    CRIMINAL NO. 06-284 (JDB)

GEORGE W. SMITHERMAN            :

ORDER FOR DISCLOSURE
OF RETURNS AND RETURN INFORMATION

On this 19th day of June, 2008, comes for the attention of the Court the application for an order, pursuant to 26 U.S.C. § 6103, directing the Internal Revenue Service to disclose returns and return information of:

        Name:
        Address:

        DOB:
        SSN:

and:

        Name:    Wiggins Telecommunications

and:

        Name:    Motts Sales and Services.

for the tax years 2001, 2002 and 2003, or, in the alternative, to produce a certification that no such returns were filed.

After examining the application, the Court finds:

(1) There is reasonable cause to believe, based upon the filing of an indictment, that violations of federal criminal statues, namely 18 U.S.C. § 201(c)(1)(B), 209(a) and 216(a)(2), have been committed.

(2) There is reasonable cause to believe that the returns and return information are or may be relevant to a matter related to the alleged commission of such acts.

(3) The returns and return information are sought exclusively for use in a federal criminal investigation or proceeding concerning such acts.

(4) The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from another source.

It is therefore ORDERED that the Internal Revenue Service:

(1) Disclose such returns and return information of:

    Name:
    Address:

    DOB:
    SSN:

and:

    Name:    Wiggins Telecommunications

and:

    Name:    Motts Sales and Services;

(2) Certify, where returns and return information described above have not been filed or are not on file with the Internal Revenue Service, that no such returns and return information have been filed or are on file;

(3) Disclose such returns and return information described above as come into possession of the Internal Revenue Service subsequent to the date of this order, but for not longer than 90 days thereafter; and

(4) Disclose such returns and return information and make such certification to Assistant United States Attorney Julieanne Himelstein.

It is further ORDERED that the returns and return information shall be used solely in relation to the investigation and trial of the above-mentioned allegations of violations of 18 U.S.C. §§ 201(c)(1)(B), 209(a) and 216(a)(2).

_____
The Honorable John D. Bates
United States District Judge