# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

~~Civil~~ Criminal Action 06-0284

GEORGE SMITHERMAN

Defendant

**FILED**

JUL 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

CAN WE PLEASE GET A COPY OF THE EVIDENCE LIST SO WE MAY REQUEST PIECES OF EVIDENCE TO REVIEW?

7/16/08
DATE

FOREPERSON

10:08
TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**Criminal** ~~Civil~~ **Action 06-0284**

**GEORGE SMITHERMAN**

Defendant

**FILED**

JUL 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

FOR COUNTS 1, 2 & 3, DOES THE DEFENDANT NEED TO BE AWARE OF THE MOTIVATION BEHIND THE ALLEGED GRATUITY?

7/16/08
DATE

1240
TIME

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

~~Civil~~ Criminal Action 06-0284

GEORGE SMITHERMAN

Defendant

**FILED**

JUL 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

WE HAVE A VERDICT.

_____

7/16/08
DATE

1500
TIME

FOREPERSON