UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

GEORGE W. SMITHERMAN, JR.

Defendant.

Criminal Action No. 06-284(JDB)

**FILED**

JUL 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**VERDICT FORM**

1. With respect to the offense of unlawful receipt of a gratuity by a public official in the amount of $5,000 as charged in Count One of the indictment,

   we the jury find the defendant George W. Smitherman, Jr.

   _____ Guilty          \_\_\_\_X\_\_\_\_ Not Guilty

2. With respect to the offense of unlawful receipt of a gratuity by a public official in the amount of $4,000 as charged in Count Two of the indictment,

   we the jury find the defendant George W. Smitherman, Jr.

   _____ Guilty          \_\_\_\_X\_\_\_\_ Not Guilty

3. With respect to the offense of unlawful receipt of a gratuity by a public official in the amount of $2,000 as charged in Count Three of the indictment,

   we the jury find the defendant George W. Smitherman, Jr.

   _____ Guilty          \_\_\_\_X\_\_\_\_ Not Guilty

4. With respect to the offense of unlawful receipt of supplementation of salary by a public official in the amount of $5,000 as charged in Count Four of the indictment,

   we the jury find the defendant George W. Smitherman, Jr.

   _____ Guilty           \_\_\_\_X\_\_\_\_ Not Guilty

5. With respect to the offense of unlawful receipt of supplementation of salary by a public official in the amount of $4,000 as charged in Count Five of the indictment,

   we the jury find the defendant George W. Smitherman, Jr.

   _____ Guilty           \_\_\_\_X\_\_\_\_ Not Guilty

_7/16/08_
/DATE

✓ FOREPERSON