AO 245A  (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
| V. | |
| GEORGE SMITHERMAN | CASE NUMBER: 06-284 (JDB) |

**FILED**

JUL 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| John D. Bates | U.S. District Court |
|---|---|
| Name of Judge | Title of Judge |

July 17, 2008
Date